UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES & ORDER

CHAPTER       7
DATE:         April 21, 2010
JUDGE:        Margaret Dee McGarity
CASE NO.:     10-24079-MDM
DEBTOR:       Ruth A. and Richard F. Scherbarth, Sr.
NATURE OF HEARING:    Debtors' application for waiver of the chapter 7 filing fee.
APPEARANCES:          Ruth A. and Richard F. Scherbarth, Sr., Debtors
COURTROOM DEPUTY:     Carolyn A. Belunas
TIME:                 10:49 - 10:53 am

The debtors are not eligible for waiver of the filing fee because their income exceeds 150 percent of the poverty guidelines last published by the United States Department of Health and Human Services (DHHS) applicable to a family of the size involved.

The application for waiver is denied.

The chapter 7 filing fee of $299, must be paid in full in no more than four (4) installments, to the Clerk of Bankruptcy Court, on or before July 20, 2010. If the entire filing fee is not paid timely the case will be dismissed without further hearing.

SO ORDERED.
April 23, 2010

Margaret Dee McGarity
Chief Judge, U.S. Bankruptcy Court